

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| DARREL GRANT LEDEE | CIVIL DOCKET NO. 1:09-cv-00275 |
|---|---|
| -vs- | JUDGE DRELL |
| TIMOTHY WILKINSON, et al. | MAGISTRATE JUDGE KIRK |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent (de novo) review of the record, including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that the plaintiff's request for temporary restraining order and/or preliminary injunction be DENIED. However, the Magistrate Judge should expedite consideration of the balance of the complaint.

SIGNED on this 11th day of May, 2009, at Alexandria, Louisiana.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE