RECEIVED
IN ALEXANDRIA, LA.

JUL 0 6 2009

TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| DARREL GRANT LEDEE (#326719) | DOCKET NO. 09-CV-275; SEC. P |
| VERSUS | JUDGE DEE D. DRELL |
| TIMOTHY WILKINSON, ET AL. | MAGISTRATE JUDGE JAMES D. KIRK |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein and after a de novo review of the record, including the objections filed by the plaintiff, having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's civil rights claims *except his claim regarding medical treatment of recurring boils* are hereby **DENIED** and **DISMISSED WITH PREJUDICE** as frivolous and failing to state a claim for which relief can be granted, pursuant to 28 U.S.C. §1915(e)(2)(b), including the following defendants: *Timothy Wilkinson, Angel A. Martin, Unit Manager Hardwell, Case Manager Triplette, Mona Heyse, Linda Steele, Linda Ramsay, Melody Turner, Lisa Coleman, Winn Correctional Center, Corrections Corporation of America, Medical Provider CCA,*

*James LeBlanc, Richard Stalder, Louisiana Department of Corrections, Michelle Smith-Kennedy, and Mr. Lewis.*

THUS DONE AND SIGNED at Alexandria, Louisiana, on this 6th day of July, 2009.

**DEE D. DRELL**
**UNITED STATES DISTRICT JUDGE**